IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD BAYLISS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-13-1020-W |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

FILED
SEP - 5 2014
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## ADMINISTRATIVE CLOSING ORDER

Having been advised that the parties have reached a settlement and compromise, the Court ORDERS the Clerk of the Court to administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not moved to reopen this case within 30 days of this date, or to extend the administrative closure in this matter within 30 days of this date, all claims and causes of action asserted in this action shall be deemed dismissed with prejudice.

ENTERED this _5th_ day of September, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE